82,851-01

COURT OF CRIMINAL APPEALS
**Att: Abel Acosta, Clerk**                    February 16, 2015
P.O. Box 12308
Austin, Texas 78711

Re:      ----- APPLICANT'S PRO SE REQUEST FOR LEAVE TO -----
         FILE A PROPOSED ORDER DESIGNATING ISSUE
                 AND ORDER FOR FILLING AFFIDAVITS
    WRIT NO. WR-82,851-01; Trail Cause No. 11-04-04686-CR-(1)

Dear Mr. Acosta,

   Enclosed  please  find  APPLICANT'S  PRO  SE  REQUEST FOR LEAVE
TO  FILE A PROPOSED ORDER DESIGNATING ISSUE AND ORDER FOR FILLING
AFFIDAVITS, in the above-styled and numbered cause.

   Please  file  said  motion and bring it to the attention of the
Court,  also  conformation  of  receipt  is  requested. Thank You
for your effective assistance in this mater.

                              Sincerely,

                         /s/ _Daryl Beeson_
                              DARYL LEE BEESON #1788958
                              Michael Unit
                              2664 FM 2054
                              Tennessee Colony, TX. 75886

MOTION DENIED
DATE: 3-10-15
BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 27 2015
Abel Acosta, Clerk

TRIAL CAUSE NO. 11-04-04686-CR-(1)

| | | |
|---|---|---|
| EX PARTE | § | IN THE COURT OF |
| | § | |
| **DARYL LEE BEESON,** | § | CRIMINAL APPEALS |
| Applicant | § | |
| | § | AUSTIN, TEXAS |

---

### APPLICANT'S PRO SE REQUEST FOR LEAVE TO FILE A PROPOSED ORDER DESIGNATING ISSUE AND ORDER FOR FILLING AFFIDAVIT

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Having considered the application for writ of habeas corpus in the above-captioned cause and the State's original answer, this Court should find that the issue of whether the applicant was denied effective assistance of counsel still needs to be resolved in the present case.

Therefore, pursuant to Article 11.07,§3(d), the lower court should be ordered to resolve the above-cited issue and then reenter its findings of fact.

To assist said court in resolving these factual issues, trial counsel should be ORDERED to file an affidavit summarizing his actions as counsel for the applicant in the primary case, writ No. WR-82,851-01; trail cause No. 11-04-04686-CR-(1), and specifically responding to the following:

1. Why counseler failed to investigate or present expert testimony regarding complainant's mental or emotional state?

2. Why counseler failed to request for jury instructions pursuant to Article 38.23 & 38.22, section § 7?

3. Why counseler failed to invoke applicant's right to confrontation clause?

---

4. Why counseler failed to impeach State's witness at punishment?

Lawrence McCotter, should be **ORDERED** to file said affidavit with the Post-Conviction Writs Division of the District Clerk's Office, 301 North Main Street, P.O. Box 2985, Conroe, Texas 77305, within **THIRTY DAYS** of the signing of this order.

The Clerk of the Court should also be **ORDERED** to send a copy of this order to the applicant, **DARYL LEE BEESON #1788958,** Michael Unit, 2664 FM 2054, Tennessee Colony, Texas 75886; and a copy to counsel for the State, Brent Chapell, Assistance District Attorney, 207 W. Phillips, Second Floor, Conroe, Texas 77301, and to serve a copy of this order, along with the State's answer to:

Lawrence McCotter (Trial Counsel)
Rick Brass (Trial Counsel)
207 Simonton
Conroe, Texas 77301

When the affidavits of Lawrence McCoteer and Rick Brass are received, the Clerk is **ORDERED** to send a copy of said affidavits to the applicant and a copy to the State, it is also **ORDERED** a copy to be sent to the Judge Presiding, 221st District Court, Montgomery, County, Texas.

By the following signature, the Court adopts the Applicant's Proposed Order Designating Issue and for Filing Affidavits in Writ No. WR-82,851-01; trial Cause No. 11-04-04686-CR-(1).

Signed this _____ day of _____, 2015.


/s/_____
                                           PRESIDING JUDGE

**I.L.A.**
_____

(2)